423 A.2d 1312

Commonwealth v. Schaller, Appellant.

Argued August 28, 1979. John M. O'Connell, Jr., for appellant; James J. Conte, Assistant District Attorney, for Commonwealth, appellee.

* Justice Rolf Larsen of the Supreme Court of Pennsylvania, and Judge John E. Lavelle of the Court of Common Pleas of Schuylkill County, Pennsylvania, are sitting by designation.

Before VAN der VOORT, LARSEN and LAVELLE, JJ.*
Judgment of sentence affirmed.